IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PHILIPS/MAGNAVOX TELEVISION LITIGATION | Civil Action No. 09-3072 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE OF COURT TO SERVE A PRESERVATION SUBPOENA ON THIRD-PARTY COMPUTER GENERATED SOLUTIONS, INC.**

**WHEREAS**, upon the Court's review of the request by Plaintiffs to serve third party Computer Generated Solutions, Inc. ("CGS") with a preservation subpoena, and there being no opposition thereto by the Defendants, IT IS, this 15th day of December 2009, **ORDERED** as follows:

1. Plaintiffs' Motion to Serve CGS with a subpoena for the sole purpose of requiring it to preserve relevant documents in its possession is **GRANTED**; and

2. CGS need not affirmatively produce documents or other materials in response to the subpoena unless and until the motion(s) to dismiss are denied, by agreement of the parties, or by further order of this Court.

**IT IS SO ORDERED.**

Honorable Peter G. Sheridan
United States District Judge
Magistrate