UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

In re PHILIPS/MAGNAVOX TELEVISION LITIGATION

Civil Action No.: 09-3072 (PGS)

**ORDER**

This matter having been brought before the Court by defendants Philips Electronics North America Corporation ("Philips") and Funai Corporation, Inc. ("Funai") pursuant to motions to dismiss; and the Court having considered the papers filed in support of and in opposition to the motions, and the arguments of counsel; and for the reasons set forth in the Court's opinion accompanying this order; and for good cause having been shown;

It on this 1st day of September 2010 **ORDERED** as follows:

1. Philips's motion to dismiss is granted in part and denied in part. (ECF No. 47.)
2. Funai's motion to dismiss is granted. (ECF No. 48.)
3. Counts two, three, five, six, nine, eleven, twelve, fifteen, sixteen, seventeen, twenty-one, twenty-two, twenty-four, twenty-six, twenty-seven, and twenty-eight against Philips are dismissed. All counts against Funai are dismissed.

_____
HON. PETER G. SHERIDAN, U.S.D.J.