**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

September 28, 2010

### LETTER ORDER

Re:   In re: Philips/Magnavox Television Litigation
      Civil Action No. 09-3072 (PGS)

Dear Counsel:

Please be advised that the Undersigned has scheduled a telephone status conference for **November 10, 2010 at 2:30 P.M.**  Please mark your calendars accordingly. Counsel shall be prepared to discuss all open discovery disputes. Counsel for Philips shall initiate the call. Should you have any questions please call Chambers at (973) 297-4887.

   **SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.M.J**