UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: September 14, 2011

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: YVONNE DAVION

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 04-CV-5184 (CCC)

Title of Case:  In Re: Philips Magnavox Television Litigation

Appearances:  Andrew Friedman, Esq. On behalf of Plaintiff Class
Benjamin Johns, Esq. On behalf of Plaintiff
Justin Shane, Esq. On behalf of Plaintiff
Leda Dunn Wettre, Esq. On behalf of Defendant Philips
Michael Steinberg, Esq. On behalf of Defendant Philips
Brian England, Esq. On behalf of Defendant Philips

**NATURE OF PROCEEDINGS**: Final Approval Hearing

Hearing on [137] Motion for Final Approval of the Class Action Settlement.

Ordered decision reserved.

Time Commenced: <u>10:30a.m.</u>               Time Adjourned: <u>11:30a.m.</u>

cc: chambers

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk